STATE OF NEW JERSEY v. MICHAEL SANTUCCI.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. COLEMAN.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BETTY CARROL.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MALIK ABDUL–ALIM.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES ENNALS.

May 28, 1987.

Petition for certification denied.